UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO (COLUMBUS)

RICHARD P. COLLEY,
    Plaintiff,

CASE NO. 2:11-cv-00936-EAS-MRA

vs.

TRANS UNION, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
CHASE BANK USA, NATIONAL ASSOCIATION
dba/aka Bank One Card Serv; and FIA CARD
SERVICES, N.A. dba/aka Bank of
America;
    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Richard P. Colley, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Richard P. Colley against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Richard P. Colley and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 4-3-2012

_____
JUDGE, United States District Court,
Southern District of Ohio