UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD P. COLLEY,**

    Plaintiff,

v.

**TRANS UNION LLC., et al.,**

    Defendants.

CASE NO. 2:11-CV-00936

Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

---

**ENTRY AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC., *ONLY***

---

Plaintiff, Richard Colley, and Defendant, Experian Information Solutions, Inc., through their respective counsel, having filed their Stipulated Motion for Dismissal with Prejudice, and the Court having been duly advised hereby finds for good cause shown that the same should be granted.

It is therefore ORDERED that all claims of Plaintiff Richard Colley against Defendant Experian Information Solutions, Inc., only, are dismissed with prejudice. Each party shall each bear their own costs and attorneys' fees.

Date: 5-10-2012

_____
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel