IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Richard P. Colley,                                    :

                Plaintiff                    :        Civil Action 2:11-cv-936

     v.                                        :        Judge Sargus

Trans Union LLC,                                :        Magistrate Judge Abel

                Defendant                    :

**ORDER**

       The motion of Defendant Equifax Information Services LLC for leave to have its client representative attend the June 14, 2012 mediation by telephone (Doc. 42) is **GRANTED**.  Counsel shall follow all instructions and policies of the mediator with respect to said telephonic appearance.

                                  s/Mark R. Abel
                                  United States Magistrate Judge