UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD P. COLLEY,

    Plaintiff,

v.

    Case No. 2:11-cv-936
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Mark R. Abel

TRANS UNNION LLC, et al.,

    Defendants.

### ORDER

The Clerk is **DIRECTED** to **REMOVE** from the Court's pending motions list, the Motion to Dismiss of Defendant Chase Bank USA, National Association (Doc. No. 5) and that defendant's Supplemental Motion to Dismiss (Doc. No. 27). This defendant has been dismissed from this action. (Doc. No. 45.)

**IT IS SO ORDERED.**

\_\_\_8-17-12\_\_\_                              _____
DATE                                         EDMUND A. SARGUS, JR.
                                              UNITED STATES DISTRICT JUDGE