## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RICHARD P. COLLEY,**

**Plaintiff,**

v.

Case No. 2:11-cv-936
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Mark R. Abel**

**TRANS UNNION LLC, et al.,**

**Defendants.**

## ORDER

The Clerk is **DIRECTED** to **REMOVE** from the Court's pending motions list, the

Motion to Dismiss of Defendant Chase Bank USA, National Association (Doc. No. 5) and that

defendant's Supplemental Motion to Dismiss (Doc. No. 27). This defendant has been dismissed

from this action. (Doc. No. 45.)

**IT IS SO ORDERED.**

_8-17-101_
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**